# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHA MICHAEL CARTER,<br><br>    Petitioner,<br><br>  vs.<br><br>N. GRANNIS,<br><br>    Respondent.<br>_____/ | 1:09-cv-01457-BAK-GSA (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **September 17, 2009**                    **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE